**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTY COUPWOOD, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, a business entity form unknown, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | No. CV 25-4915-DMG (SKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED** that the above-captioned action is dismissed with prejudice as to all claims, causes of actions, and parties.  The parties shall bear their own attorneys' fees and costs.

DATED:  May 22, 2026

_____
DOLLY M. GEE
Chief United States District Judge

-1-